NIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 25-CR-1039 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(4): Possession of |
| AUSTIN ANDREW GOODMAN, | ) | a Firearm by a Prohibited Person |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

### Count 1

### Possession of a Firearm by a Prohibited Person

On or about March 3, 2025, in the Northern District of Iowa, defendant AUSTIN ANDREW GOODMAN, knowing that he had previously been committed to a mental institution, knowingly possessed a firearm, specifically, a Sig Saur P365, 9mm pistol, and the firearm was in and affecting commerce. This was in violation of Title 18, United States Code, Sections 922(g)(4) and 924(a)(8).

TIMOTHY T. DUAX
United States Attorney

By: [signature]

EMILY K. NYDLE
Assistant United States Attorney

A TRUE BILL

[redacted signature]  9-9-25
Grand Jury Foreperson    Date

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 9/9/2025
PAUL DE YOUNG, CLERK