IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 25-CR-1039 |
| vs. | ) |
| AUSTIN ANDREW GOODMAN, | ) |
| Defendant. | ) |

### ORDER SEALING INDICTMENT AND WARRANT

For cause, it is

ORDERED

That the Indictment and Arrest Warrant in this matter are sealed until the arrest of the defendant.

Dated this 9th day of September, 2025.

_____
MARK A. ROBERTS
U.S. MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA