# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN ANDREW GOODMAN,<br><br>Defendant. | No. 25-cr-1039-CJW<br><br>**ORDER SCHEDULING INITIAL APPEARANCE AND ARRAIGNMENT** |

The initial appearance and arraignment for the above defendant will take place before the undersigned on **Thursday, October 2, 2025 at 11:00 a.m.**; United States Courthouse, Courtroom 3, 111 7th Avenue SE, Cedar Rapids, Iowa.

**IT IS SO ORDERED** this 1st day of October, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa