# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><u>Austin Andrew GOODMAN</u><br>*Defendant* | )<br>)<br>) Case No. 25-CR-1039<br>)<br>) |

**RECEIVED**
By USMS N/IA at 5:55 am, Sep 10, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Austin Andrew GOODMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm by a Prohibited Person in violation of Title 18, United States Code, Section 922(g)(4).

Date: 09/09/2025

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Mark A. Roberts, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/1/25 , and the person was arrested on *(date)* 9/30/25
at *(city and state)* DUBUQUE IA

Date: 10/1/25

*Arresting officer's signature*

Nick Suhrbier    ATF TFO
*Printed name and title*