# UNITED STATES DISTRICT COURT
for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   25-cr-1039 |
| AUSTIN ANDREW GOODMAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Austin Andrew Goodman   .

Date:   10/02/2025

/s/ Zach D. Crowdes
*Attorney's signature*

Zach D. Crowdes
*Printed name and bar number*

222 Third Ave SE, Suite 290
Cedar Rapids, IA 52401

*Address*

zach_crowdes@fd.org
*E-mail address*

(319) 363-9540
*Telephone number*

(319) 363-9542
*FAX number*