IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 25-CR-1039 |
| Plaintiff, | ) |
| | ) |
| vs. | ) NOTICE OF FILING |
| | ) OTHER EXHIBIT |
| AUSTIN ANDREW GOODMAN, | ) |
| | ) |
| Defendant. | ) |

The following hearing exhibit is being filed on behalf of Defendant described as:

Defense Exhibit A in accordance with LR 83E(d). I certify that the attached exhibit is the original being offered during the hearing. *

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

*Any audio/video or physical exhibits should be listed with a place holder document (e.g., a PDF with entitled: Exhibit B Stored on Clerk's Drive) and the description should indicate that such exhibit is stored on the clerk's drive, in clerk's vault, or returned and maintained by the offering party.

CERTIFICATE OF SERVICE
I hereby certify that on October 6, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Angie McClain