**From:** Ryan Dies <devourcafe@icloud.com>
**Sent:** Monday, October 6, 2025 12:58 PM
**To:** Zach Crowdes <Zach_Crowdes@fd.org>
**Subject:** Austin Goodman Employment

You don't often get email from devourcafe@icloud.com. Learn why this is important

**EXTERNAL SENDER**

To whom it may concern,

I have known Austin Goodman since early 2023. We became fast friends.

Austin demonstrated talent and intelligence while being around the cafe '**Devour Cafe**' in **Dubuque Iowa**. Located at **1798 Central Ave** in the old historic downtown.

Austin dresses well, carries himself well, is polite and kind to others and possesses great qualities and abilities which Devour Cafe would like to employ at our establishment.

We intended to hire Austin Goodman but he unfortunately became unavailable due to legal issues.

Should Austin be available to perform tasks related to public service and food or coffee services, we'd assign him to work shifts during the operating times 8am-3pm. His schedule would be part-time until he's able to move up to full-time. His potential weekly hours could range from 30-40 per week.

His responsibilities would include: Coffee roasting, Coffee preparation, Food preparation, Serving Customers, Bussing tables, Dishwashing, Trash Management, Inventory tracking and Accounting.

Devour Cafe has been operating in Dubuque, IA for 5 years and has maintained an excellent rating of 4.8 Stars.
We have a public profile page on Facebook, Instagram, Google, and history of operating 10 years since it's original opening in 2015 Galena, IL.

For further information or questions relating to Austin Goodman's intended employment with Devour Cafe,

feel free to contact me,

Ryan Dies (Owner)

██████████

email: devourcafe@icloud.com.