IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 25-CR-1039 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNRESISTED** |
| | ) | MOTION TO CONTINUE |
| AUSTIN ANDREW GOODMAN, | ) | DETENTION HEARING |
| | ) | |
| Defendant. | ) | |

Austin Andrew Goodman, through counsel, respectfully moves to continue his detention hearing and states to the Court the following:

1. Mr. Goodman was indicted on September 9, 2025, on a one count indictment with possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(4) and 924(a)(8). He had an initial appearance on October 2, 2025, and pleaded not guilty. Mr. Goodman is currently being detained.

2. A detention hearing is currently set for Tuesday, October 7, 2025, at 3:00 p.m.

3. Defense counsel was out on leave October 2 and 3, 2025, and needs additional time to meet with Defendant and prepare for the hearing.

4. Assistant United States Attorney Emily Nydle has indicated the government does not resist this motion.

5. No prior motion to continue has been filed.

WHEREFORE, for the foregoing reason, Defendant Austin Andrew Goodman, through counsel, moves to continue the detention hearing. Counsel respectfully requests approximately a 7-day continuance, until October 14, 2025.

1

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Angie McClain