# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AUSTIN ANDREW GOODMAN, Defendant. | No. 25-cr-1039-CJW **ORDER RESCHEDULING DETENTION HEARING** |

Before the Court is Defendant's Unresisted Motion to Continue Detention Hearing. (Doc. 17.) The Government does not object to the continuance of the detention hearing.

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion, is **granted**. The detention hearing for the above Defendant is rescheduled before the undersigned to **Wednesday, October 15, 2025, at 2:00 p.m.;** Courtroom 3, United States Courthouse, 111 Seventh Avenue SE, Cedar Rapids, Iowa 52401.

**IT IS SO ORDERED** this 7th day of October, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa