IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 25-CR-1039-CJW |
| vs. | |
| AUSTIN ANDREW GOODMAN, | NOTICE OF FILING OTHER EXHIBITS |
| Defendant. | |

The following hearing exhibit is being filed on behalf of the Plaintiff described as: Government Exhibit 1 in accordance with LR 83E(d). I certify that the attached exhibit is the original offered during the hearing*.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By, */s/ Emily K. Nydle*

EMILY K. NYDLE
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, Iowa 52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
Emily.Nydle@usdoj.gov

*Any audio/video or physical exhibits should be listed with a place holder document (e.g., a PDF with entitled: Exhibit B Stored on Clerk's Drive) and the description should indicate that such exhibit is stored on the clerk's drive, in clerk's vault, or returned and maintained by the offering party.