Government Exhibit 1
Case 25-CR-1039-CJW
Detention Hearing

## IOWA DISTRICT COURT FOR DUBUQUE COUNTY

| | |
|---|---|
| STATE OF IOWA,<br>          Plaintiff,<br><br>vs<br><br>AUSTIN ANDREW GOODMAN,<br>          Defendant. | Case No: 01311 FECR158771<br><br>ORDER<br>RE: CONTEMPT |

### I. INTRODUCTION

This matter comes before the Court upon the Court's own motion for summary contempt proceedings against the Defendant, Austin Goodman. During the Defendant's initial appearance on today's date, the Defendant made several disrespectful and contemptuous remarks towards the Court, including yelling over the Court and saying "fuck you" to the judge multiple times.

### II. FINDINGS OF FACT

On March 5, 2025, the Defendant, Austin Goodman, appeared before this Court for his initial appearance. The Defendant refused to appear on March 4, 2025 and the matter was reset to today's date. On today's date the Defendant refused to appear in person at the Dubuque County Courthouse. The Court then scheduled the hearing as a video conference to allow the Defendant to appear from the Dubuque County Jail. The Defendant appeared naked and the Court ordered the camera at the jail to be shut off. The Defendant was not seen on video during the proceeding. The microphone was on at the jail and the Defendant had audio and video access on his end. The proceedings started with the Defendant yelling at the Court and the Defendant did not allow the Court to start the proceeding. The Court could not open the record properly by listing all the case numbers that were to be addressed. The Court asked the Defendant to act in an appropriate manner to allow for an orderly proceeding. The Defendant continued to yell at the Court and said "fuck you" multiple times. The Court found the Defendant in contempt at that point. The Defendant was allowed an opportunity to make a statement in mitigation of punishment. The Defendant continued using profanity directed at the Court which again included the phrase "fuck you" multiple times.

### III. CONCLUSIONS OF LAW

Under Iowa Code Section 665.2, contempt of court includes "contemptuous and insolent behavior towards the court." Moreover, Section 665.2(1) specifies that acts "which may tend to impair the respect due" to the authority of the court constitutes contempt. The Defendant's actions during the initial appearance hearing satisfy the statutory definition of contempt. By speaking over the judge, not allowing the hearing to proceed in an orderly manner, and subsequently using profane language directed at the judge, the Defendant engaged in conduct that was both disorderly and abusive towards the Court. These actions not only disrupted the proceedings but also undermined the authority and dignity of the judicial process.

### IV. SENTENCE

In light of the aforementioned findings and conclusions, the Court imposes the following sentence:

The Defendant, Austin Goodman, is hereby found in summary contempt of court. As a consequence, the Defendant is sentenced to serve one hundred eighty (180) days in the Dubuque County Jail. This sentence is to be served immediately. The Court finds that this sanction is necessary to preserve the authority of the Court and to deter future contemptuous behavior by the Defendant and others who might otherwise be inclined to act in a similar manner.

IT IS HEREBY ORDERED that the Defendant, Austin Goodman, is adjudged guilty of summary contempt of court and is sentenced to one hundred eighty (180) days in the Dubuque County Jail, to be served immediately. The sentence shall be served concurrent to the 30 day sentence on Contempt A in SMCR157315. Costs taxed to the Defendant.

Dated: 03/05/25

**Please Note:** If you require assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319/833-3332. If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942. The disability coordinator cannot provide legal advice.



State of Iowa Courts

**Case Number**
FECR158771
**Type:**

**Case Title**
STATE OF IOWA VS GOODMAN, AUSTIN ANDREW
APPLICATION/INITIATE CONTEMPT/SHOW CAUSE - CRIM

So Ordered

*Robert Richter*

Robert J. Richter, District Associate Judge,
First Judicial District of Iowa

Electronically signed on 2025-03-05 15:30:46