# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN   DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>vs.<br>AUSTIN ANDREW GOODMAN,<br>Defendant(s) | **HEARING MINUTES**   Sealed:   No<br>Case No.:   2:25-cr-1039-CJW-MAR<br>Presiding Judge:   Mark A. Roberts<br>Deputy Clerk:   Rachel J. Scott<br>Official Court Record:   FTR Gold<br>Contact Information:   -- |

| Date: | 10/15/2025 | Start: | 1:59 PM | Adjourn: | 3:16 PM | Courtroom: | 3, 4th Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | | -- | | Telephonic? | -- |

| Appearances: | Plaintiff(s): | AUSA Emily K. Nydle |
|---|---|---|
| | Defendant(s): | AFPD Zachary D. Crowdes (Defendant appears personally) |
| | U.S. Probation: | Ryan Kelley |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:**   PRELIMINARY EXAMINATION    |    **DETENTION** X **REVOCATION**

| | | |
|---|---|---|
| | Contested? | Yes   Continued from a previous date?   No |
| Moving party: | Government Oral Motion for Detention (doc. 8) | |
| Nature of proceedings: | | Ruling: |
| Review of detention or conditions | X | Court finds that the Government has carried its burden by a preponderance of the evidence that the Defendant is a risk of non-appearance and by clear and convincing evidence that the Defendant is a danger to the community. Defendant detained. |

| Witness/Exhibit List | **Government Witness**<br>   1.   ATF Task Force Officer Nick Schlosser (2:16 PM – 2:57 PM)<br><br>Government Exhibit 1 filed at doc. 19<br>Defendant Exhibit A filed at doc. 16 |
|---|---|

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing.  Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| **Miscellaneous:** | Mr. Crowdes informed the court that Defendant filed a notice to proceed pro se.<br><br>Court addresses rights and risk of self-representation with Defendant and proceeds with Faretta hearing.<br><br>Court addresses concerns with Defendant representing himself with the parties.<br><br>Defendant insist to be referred by his first name. Court denies Defendant's motion.<br><br>Court declines to have Defendant represent himself at this time. Mr. Crowdes to represent Defendant.<br><br>Ms. Nydle proffers the Pretrial Services Report. No objection from Mr. Crowdes. Court will take formal notice of the Pretrial Services Report filed at doc. 15.<br><br>Ms. Nydle calls Nick Schlosser direct (2:16 PM – 2:42 PM). Cross (2:42 PM – 2:54 PM). Redirect (2:54 PM – 2:57 PM). Recross (2:57 PM – 2:57 PM). Officer Schlosser excused.<br><br>Ms. Nydle offers Government Exhibit 1. No objection from Mr. Crowdes. Government Exhibit 1 is admitted. |
|---|---|

|  |  | Ms. Crowdes offers Defendant Exhibit A. No objection from Ms. Nydle. Defendant Exhibit A is admitted.<br><br>Court hears argument.<br><br>Court informs Defendant he can file a motion to proceed pro se and a Faretta hearing will be held, and he will have an opportunity to tell the court why is competent to represent himself. |
|---|---|---|