RECEIVED
OCT 14 2025
NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
Vs.
AUSTIN ANDREW GOODMAN

Case Nos. 25-CR-1039

# Judicial Notice & Public Notice
## Affidavit

To be entered onto the record of the case known as 25-CR-1039 United States of America vs. AUSTIN ANDREW GOODMAN

I, : austin-andrew : of the family goodman ; sui juris, the living man, gives notice as follows :

## Decleration I.

i. I appear here in special appearance only, not submitting to general jurisdiction.

ii. I recognize the matter before this court involves the name trust AUSTIN ANDREW GOODMAN. I hereby declare myself the beneficial and equitable titleholder thereof.

iii. I further give notice that I am of the age of majority, Sui Juris, competent to handle my own affairs.

iv. I thank this court for any fiduciary care presumed while I was deemed a minor, decedent, or otherwise unable to speak. That presumption is now discharged.

v. As beneficiary, I now direct the court in its proper role as trustee to fulfill its fiduciary duty and settle and close all accounts recognizing my right of subrogation so that no res

of surety is placed upon the living man.

VI. Should any party claim superior authority over me, or assert jurisdiction against my claim, let such party place into the record within ten (10) days, the express, wet ink contract proving authority over the living man.

VII. In absence of such proof, equity requires that this matter be settled and closed with prejudice, and I reserve my full right to pursue equitable remedies, without further notice.

Declaration II.

I, a Natural Man, known as, : austin-andrew: of the family goodman;, Sui juris, being competent to testify, declare under penalty of perjury that the following is true, correct, and complete to the best of my knowledge and belief. This affidavit stands as sworn testimony and lawful record.

i. Political Status of Affiant

I am a living man, sui juris, of Nature, by Nature's Creator, not a corporate fiction, person, citizen, subject, or statutory entity.

I am not the legal fiction AUSTIN ANDREW GOODMAN or any all uppercase derivation thereof. That is a separate corporate entity created by the STATE OF IOWA and/or State of Texas or other foreign entity

2.

without my knowledge, consent, or full disclosure of terms, obligations and/or duties to perform, therefore, such entry is null and void ab initio.

I stand only in my proper status as a man under Creator's natural law, recognized, guaranteed, and protected by the Constitution for the United States of America, unalienable and therefore beyond challenge or denial by statutory presumption. I am of the posterity of the Constitution and member of the Sovereign Body Politic of "We The People."

Decleration III

i. Reservation of Rights

I reserve all my Creator-endowed Rights, without Prejudice as protected by the Constitution for the United States of America.

I do not consent to compelled performance in commerce absent a verified claim by a living man or woman.

Any Statute, code, or regulation that infringes upon these rights is without lawful force and effect.

I DO NOT understand the Charge of 18 U.S.C. §922(g)(4) Possession of a Firearm by a prohibited Person or under section 924(a)(8). This court is repugnant to the Constitution

3

for the United States of America. I was not in or affecting Commerce. The Right to keep and bear Arms, shall not be infringed.

ii. Proof of Authority Required / Identification and Verification of all parties.

Any officer, judge, magistrate, clerk, attorney, prosecutor, defense counsel, standby counsel, police, sheriff, sheriff's deputy, U.S. Marshal, ATF agent, or any other party purporting to act against me or on my behalf, under any name, office, or title, must provide verifiable proof of lawful authority, sworn delegation from a living principal, and Constitutional or Organic appointment consistent with the Constitution for the United States of America as ratified by the people.

This requirement applies to all names, roles, or entities referenced in filings, including, but not limited to:

Clerk of Court, Timothy T. Duax, Emily K. Nydle, United States Attorney, U.S. Magistrate Judge, District Judge, U.S. Marshal, ATF agent, or any other party.

Each listed or otherwise implied party must provide the following for verification

- Written sworn delegation of authority from a living principal in its lawful standing;

4.

- Verified evidence of Constitutional or organic appointment consistent with the Constitution for the United States of America;
- Verifiable postal address consistent with charging or Court documents and any associated offices, variations in style, or names used in filings;

- Each officer, judge, clerk, attorney, prosecutor, or other party must provide:
    - ✭ Verified postal address
    - ✭ Verified physical address
    - ✭ Correspondence matching official records, filings, or offices.

- Proof that any entity claimed as authority is not merely a statutory, corporate, or fictitious entity but derives lawful authority consistent with the Constitution.

Failure to provide such proof for any name, title, or entity constitutes admission of no lawful authority and confirms all actions taken ultra vires, rendering the actor personally liable in their private capacity.

This list is not exhaustive; any person or entity acting under any variation, alias, corporate fiction, statutory title, or office related to this case is similarly required to comply fully with these requirements. Certified and verifiable copies of all documentation must be provided for the record, with copies accessible to me for independent confirmation. Officers are expected to carry

5.

Such proofs at all times. A period of ten (10) days is graciously allowed for record purposes.

III. Bond and Oath Requirement

All officers of the Court; judges, magistrates, prosecutors, defense counsel, standby counsel, federal agents, or any other officer, must have valid surety bond(s), including Cusip designation, performance bond, and oath of office on file. I require certified and verifiable copies for the record and independent confirmation. Failure to produce within ten (10) days constitutes admission that no valid bond exists, voiding any claim to jurisdiction and must be provided by all actors to satisfy requirements.

IV. Accounting and Nature of Claims (DUNS/SAM Verification)

I DO NOT understand the Nature and Cause of the Charge. 18 U.S.C. §922(g)(4) and 924(a)(8). I was not in or affecting Commerce.

Any officer, judge, magistrate, clerk, attorney, prosecutor, defense counsel, standby counsel, or federal agent, or other party purporting to act against me or on my behalf must provide full and verifiable accounting reflecting the true Nature and Cause of alleged crime or claims. This includes disclosure of any and all associations with corporate, statutory, or administrative entities, including DUNS and SAM Numbers

6.

as applicable. Both public and private sides of the ledger must be provided including:

- The public ledger reflecting all filings, records, or official documentation presented in this case.
- The private ledger reflecting all internal accounting, bond payments, or transactions supporting any claim, whether or not deposited or credited to any account tied to me.

Failure to provide full disclosure of both public and private accounting, along with the verifiable delegation of authority, constitutes admission of no lawful authority and confirms Ultra Vires action. All such documentation must be certified, verifiable, and accessible for independent confirmation.

V. Notice of Liability

Any Man or Woman proceeding without valid authority, bond, and oath is acting Ultra Vires and stipulates and agrees to be personally liable in their private capacity for all damages, trespasses, and harms by any trespass committed by fraud, misrepresentation, or any unauthorized acts.

VI. Dominion and Constructive Contract

As a living man, endowed by my Creator with dominion over land, air, and water, I retain the natural right to enter

into contracts of my own free will, including with government or its agents. However, I have never knowingly, willingly, and with full disclosure contracted to exchange my unalienable Rights for statutory "benefits." Any such transaction, masked as a promise of benefits or privileges, and resulting in the creation of a subject-person persona, was undertaken without my consent, without disclosure of terms, and without comprehension of the obligations thereby imposed. Such constructive and implied contracts are void ab initio being founded in fraud and non disclosure. I hereby give Notice that any presumption of consent to be treated as surety for such contracts, or subject to statutory jurisdiction, is rebutted in its entirety.

## VII. Demand for Common Law Trial - Due Process

I reserve the Right to a trial by jury under common law. I reserve this Right under the Seventh Amendment of the Constitution and Article III §2. of the Constitution for the United States of America.

I do not understand statutory jurisdiction in or affecting Commerce and contest its authority and validity over me, Austin, a Natural living man, sui juris, one of the posterity of the Sovereign body of "We The People"

I shall not be deprived of Life, Liberty, or Property without due process of law. I reserve this Right under the protection of the Constitution for the United States of America. The Constitution is the supreme law of the land.

I DO NOT CONSENT to contract with this Court.

I DO NOT CONSENT to Statutory, administration, Commercial, admiralty, or maritime jurisdiction.

viii. Rebuttal of Presumptions.

Each presumption commonly applied in Statutory courts is hereby rebutted in full.

That I am AUSTIN ANDREW GOODMAN/Statutory entity - Rebutted: I am a living Man, Sui juris.

That I am by Commercial Statutes - Rebutted: I do not consent to Statutory Jurisdiction.

That silence is consent - Rebutted: obligation requires verified claim, not silence.

That notarization or filing creates Contract - Rebutted! Records do not establish lawful obligation.

That the corporate fiction represents me - Rebutted: AUSTIN ANDREW GOODMAN is not me.

The laws bind without consent - Rebutted! Only verified claim and voluntary consent bind.

That official capacity shields liability - Rebutted! No shield absent lawful delegation and **bond**.

That jurisdiction is presumed - Rebutted: Jurisdiction must be proven by verified claim.

That process alone is sufficient - Rebutted: Procedural formality creates no lawful obligation.

That commercial filings override common law - Rebutted: Common law governs.

That failure to respond creates default - Rebutted: only verified sworn claim by a man or woman creates obligations.

IX. Suspension of proceedings pending proof.

Until each and every requirement - including lawful contract, oath, bond (with CUSIPs), delegation of authority, and verified claim by a living man or woman - is produced point by point

all proceedings remain stayed. No action may lawfully continue against me. Any further action absent full compliance is void, ultra vires, and constitutes willful trespass by fraud and personal liability.

X. Remedy Reserved

I reserve all lawful remedies, where applicable. Any violation of Rights invokes full public and private liability

XI. Reciprocal Restoration and Acknowledgement of Constitutionally Protected Rights.

I seek forgiveness for any actions I took in response to a system and processes of which I was wholly unaware, and whose true constructs and intents were concealed from me. I am endowed by the Creator with inalienable Rights of which are Life, Liberty, and the Pursuit of Happiness, and deserve and reserve the Right to defend myself, and to keep and bear arms. The fraudulent mental health proceedings which were ultimately discharged do not constitute grounds to deprive me of my Constitutionally protected Rights. I acknowledge my obligation to restore balance and seek reconciliation under natural law, just as I call for acknowledgement of any actions that have harmed my inalienable Rights.

Any acknowledgement of trespass by my Ancestors is agreed

with transparency and disclosure of all relevant actions, ledgers, and authority;

Any acknowledgment of unawareness or error on my part is paired with my intent to reconcile and restore balance;

Both sides affirm adherence to Natural Law, the Constitution, and equitable treatment under laws allowing resolution without further harm or unauthorized claims to rights, property, or person.

Failure of any party to participate in good faith constitutes acknowledgment of ongoing Ultra Vires action and confirms personal accountability for all damages, trespasses, and harms resulting from concealed or unauthorized actions.

I reserve the right to submit, enter, and have admitted into the record any and all evidence, documents, testimony, and declarations as they become known to me, without limitation by Statutory or procedural timelines, rules, or deadlines. Such evidence shall supplement and not alter or diminish the declarations herein.

Declaration IV.

I, a Natural Man, known as ;austin-andrew; of the family goodman:, sui juris, place the following on the record for Judicial & Public Notice:

i. Rebuttal of Unauthorized Plea

The entry of a "Not Guilty" plea on my behalf by the Judge on October 2, 2025 constitutes an unauthorized act, exceeding the Judge's lawful authority. I did not consent to any plea entered on my behalf, nor did I provide authorization for its entry. The Judge lacks delegation of authority from a living principal to act in this capacity. Any claim that the plea is administrative, commercial, or contractual in nature is rejected.

ii. Violation of Rights

Such unauthorized action infringes on my Creator-endowed unalienable Rights, including the Rights to:
- appear in my own capacity
- Control all pleas, responses, or assertions concerning my rights or obligations.
- Demand trial by Jury of my peers under Common Law.

Supporting Law: The Bill of Rights of the Constitution for the United States of America

"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness.

113

Men, deriving their just powers from the consent of the governed."
-The Declaration of Independence, July 4, 1776

"...every man is independent of all laws, except those prescribed by nature. He is not bound by any institution formed by his fellow man without his consent" [Cruden v. Neale]

"The Common law is the real law, the Supreme Law of the land. The Codes, rules, regulations, policy and statutes are "Not the law""
[Self v. Rhay, 61 Wn (2d) 261]

"All Codes, rules, and regulations are for government authorities only, not human/creators in accordance with God's Laws. All Codes, rules, and regulations are unconstitutional and lacking due process..."
[Rodrigues v. Ray Donavon (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985)]

"All laws, rules and practices which are repugnant to the Constitution are null and void."
[Marbury v. Madison, 5th US (2 Cranch) 137, 174, 176, (1803)]

"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them."
[Miranda v. Arizona, 384 U.S. 436, 491]

"The State cannot diminish rights of the people."
[Hertado v. People of the State of California, 110 US 516]

"The assertion of federal rights [Bill of Rights] when plainly and reasonably made, is not to be defeated under the name of local practice." [Davis v. Wechsler, 263 US 22, 24]

"There can be no sanction or penalty imposed upon one because of his exercise of Constitutional rights."
[Sherer v. Cullen, 481 F 946]

"... that Statutes which would deprive a citizen of the the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." [Hoke vs. Henderson, 15, N.C. 15, 25 AM Dec 677]

"We (judges) have no more right to decline the exercise of jurisdiction which is given, then to usurp that which is not given. The one or the other would be treason to the Constitution." [Cohen v. Virginia (1821), 6 Wheat, 264 and U.S. v. Will 449 U.S. 200]

"Any Judge who does not comply with his oath to the Constitution of the United States wars against the Constitution and engages in acts in violation of the Supreme Law of the land. The Judge engaged in acts of treason."
[Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)]

"It will be an evil day in American History if the theory of a

15.

jurisprudence. No higher duty rests upon this Court then to exert it's full authority to prevent all violations of the principles of the Constitution." [Downs v. Bidwell, 182 U.S. 244 (1901)]

"It may be that it is obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footings in that way; namely, by silent approaches and slight deviations from illegal modes of procedure. This can only be obviated by adhering to the rule that Constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound then in substance. It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against stealthy encroachments thereon. Their motto should be Obsta Principiis."
[Boyd v United, 116 U.S. 616 at 635 (1885)]

"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."
[Davis v. Burris, 51 Ariz. 220, 75 P. 2d 689 (1938)]

"Where there is no jurisdiction, there can be no discretion. for discretion is incident to jurisdiction."
[Piper v Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall, 335, 20 L. Ed. 646 (1872)]

"No Man in this Country is so high that he is above the law. No Officer of the law may set that law at defiance with impunity. All the officers of the government, from the highest to lowest are creatures of the law and bound to obey it"... "It is the only supreme power in our system of government, and every man, who, by accepting office participates in its functions, is only the more strongly bound to submit to the supremacy, and to observe the limitations which it imposes on the exercise of the authority which it gives."
[U.S. v. Lee, 106 U.S 196, 220 1s. Ct. 240, 261, 27 L Ed. 171 (1882)]

"There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign."
[Cooper v. O'Conner, 99 F. 2d. 133]

[16 Am Jur 2d., Sec 155:, emphasis added]
[16 Am Jur 2d., Sec. 177]
[16 Am Jur 2d; 16 Am Jur 2d., Sec 97, Bary v. United States 273 US 128]

"The Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, Shall be the Supreme law of the land, and the judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the Contrary notwithstanding." [the Constitution for the United States of America]

## Verification & Attestation

I, a Natural Man, known as :austin-andrew: of the family goodman;
Sui juris, affirm under penalty of perjury under the laws of the
United States of America that the foregoing is true, correct, and
complete to the best of my knowledge and belief.

By: :austin-andrew: goodman:
:austin-andrew: of the family goodman; sui juris
Without Prejudice, All Rights Reserved, Nunc Pro Tunc ab initio

Date: October 6th, the year of the Lord Two Thousand and Twenty-Five 2025

Case 2:25-cr-01039-CJW-MAR    Document 22    Filed 10/16/25    Page 19 of 20

18.

:austin-andrew:goodman:
℅ Linn County Correctional Center
PO BOX 608
Cedar Rapids, Iowa 52406

Clerk of Court
111 Seventh Avenue SE
Cedar Rapids, Iowa 52401

XRAYED US MARSHALS SERVICE

Legal Mail

CEDAR RAPIDS IA 522
10 OCT 2025 AM 2 L

52401-210199