# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. AUSTIN ANDREW GOODMAN, Defendant. | No. 25-cr-1039-CJW **ORDER** |

Before me is Defendant's Judicial Notice and Public Notice Affidavit filed at Doc. 22. At Defendant's October 15, 2025 detention hearing, I was advised by Defendant he had filed something, but I had not had an opportunity to review it. To the extent Doc. 22 is Defendant's request to represent himself, that motion is denied for the reasons stated on the record during the detention hearing. To the extent Doc. 22 asks for any other relief, it is denied because Defendant is represented by counsel.

**IT IS SO ORDERED** this 16th day of October, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa