IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-1039 |
| Plaintiff, | |
| | **UNRESISTED** |
| vs. | MOTION TO CONTINUE |
| | TRIAL, ALL TRIAL-RELATED |
| AUSTIN ANDREW GOODMAN, | DEADLINES AND PRETRIAL MOTIONS |
| | DEADLINE |
| Defendant. | |

Defendant, Austin Andrew Goodman, through counsel, respectfully moves to continue the trial, all trial-related deadlines and pretrial motions deadline, and in support states as follows:

1. Mr. Goodman was indicted on September 9, 2025, on one count of possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g)(4).

2. Trial is currently set for the two-week period beginning December 1, 2025. Trial motions are due November 13, 2025, Mr. Goodman's deadline to file a status report or accept responsibility is November 10, 2025, and the pretrial motions deadline is October 30, 2025.

3. Discovery materials have not yet been received. In order to permit Mr. Goodman an opportunity to determine whether or not he wishes to take his case to trial, to determine whether the filing of pretrial motions is appropriate, and in order to permit the parties more time to determine whether a plea agreement can be reached, Mr. Goodman requests an extension of the trial date and trial-associated deadlines. Mr. Goodman requests an extension of the pretrial motions deadline by at least 30 days.

4. The undersigned has discussed this matter with Assistant United States Attorney Emily Nydle and she has indicated the Government does not object to this continuance.

5. No previous motion to continue has been filed.

For the foregoing reasons, Austin Andrew Goodman, through counsel, respectfully moves for a continuance of the trial date, all trial-related deadlines and the pretrial motions deadline. Counsel respectfully requests approximately a 30-day continuance for pretrial motions and a 60-day continuance for trial and trial-related deadlines.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 29, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Angie McClain