| | |
|---|---|
| From: | Deschedule |
| To: | Amy Steele |
| Cc: | pmaiph@mailfence.com |
| Subject: | ATTN: Amy Steele c/o Mark A. Roberts Reg: Inmate #93766947 Austin Goodman 9-30-2025 Acquitted STATE #FECR159071 |
| Date: | Monday, November 3, 2025 12:42:17 PM |

**CAUTION - EXTERNAL:**

witness / On Notice  Mark A. Roberts

November 3, 2025

From:
IPH PMA ℅
Deschedule.earth
P.O. Box 3
Augusta, WV 26704

To:
Scott Nelson
Dubuque County Attorney
720 Central Avenue
Dubuque Iowa 52001

Timothy Daux -Acting

Leif A. Olson- Confirmed
United States Attorney's Office
For the Northern District of Iowa
111 7th Avenue SE, Box #1
Cedar Rapids, IA 52401-1825

**Subject: Letter of Notice – Demand for Legal Investigation and Auditing in Response to Common-law and Constitutional Law Violations Against Austin Goodman (Sui Juris Man and Whistleblower).**

 We, the civilian members of The People of Iowa Public House, a Private Member Association (IPHPMA), a national decentralized collective trust that includes people from the states of Iowa, Illinois, West Virginia, Utah, California, and Hawaii, formally **demand** the immediate release, ending the unlawful imprisonment and kidnapping of Federal Inmate #93766947, Austin Goodman, based upon Double Jeopardy and the Fruit of the Poisonous Tree Doctrine.

IPHPMA also **demands** an expeditious investigation into Common Law and Constitutional Law violations perpetrated upon Austin Goodman. The actions of the principal agents have caused substantial harm and infringed upon his rights as protected under:

CRIMINAL

Iowa Code § 720.4 — Tampering with a Witness, Juror, or Reporting Party;

Iowa Code § 720.6 — Malicious Prosecution.

CIVIL

Abuse of power and Abuse of process

This notice has been sent by registered mail to the State Prosecuting Attorney, Scott Nelson, Dubuque County, Iowa, and the Federal Prosecuting Attorney (acting and confirmed), Timothy Duax, and Leif A. Olson, United States Attorney's Office for the Northern District of Iowa. Also attached is the Bill of Particulars with itemized Criminal Charges and Civil Complaints in Administrative Law of the English World.

Please consider this letter a formal demand for IMMEDIATE action.

The People of Iowa Public House Private Member Association


 MP

Clerk

410-421-0776

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | | |
|---|---|---|
| **From:** | Tina Rice | |
| **To:** | Amy Steele | |
| **Cc:** | pmaiph@mailfence.com | |
| **Subject:** | ATTN: Mark A. Roberts Inmate #93766947 Austin Goodman | |
| **Date:** | Monday, November 3, 2025 1:18:18 PM | |

**CAUTION - EXTERNAL:**

In the matter of Austin Goodman, a Sui Juris Man, a substantial evidence review suggests that both the private complainants and certain public employees may have acted inconsistently with the principles of good faith and fair dealing. These actions have raised serious concerns regarding the integrity of the proceedings and the protection of due process. As a member of the IPHPMA, We, the People, therefore insist upon immediate redress and a full independent review consistent with the Clean Hands Doctrine and the rule of law.

Please let me know when you've received this email. Thank you for your time and attention to this matter.

Tina L. Rice
November 3, 2025

From:
IPH PMA %
Deschedule.earth
P.O. Box 3
Augusta, WV 26704

To:
Scott Nelson
Dubuque County Attorney
720 Central Avenue
Dubuque Iowa 52001

Timothy Daux -Acting

Leif A. Olson- Confirmed
United States Attorney's Office
For the Northern District of Iowa
111 7th Avenue SE, Box #1
Cedar Rapids, IA 52401-1825

**Subject: Letter of Notice – Demand for Legal Investigation and Auditing in Response to Common-law and Constitutional Law Violations Against Austin Goodman (Sui Juris Man and Whistleblower).**

We, the civilian members of The People of Iowa Public House, a Private Member Association (IPHPMA), a national decentralized collective trust that includes people from the states of Iowa, Illinois, West Virginia, Utah, California, and Hawaii, formally **demand** the immediate release, ending the unlawful imprisonment and kidnapping of Federal Inmate #93766947, Austin Goodman, based upon Double Jeopardy and the Fruit of the Poisonous Tree Doctrine.

IPHPMA also **demands** an expeditious investigation into Common Law and Constitutional Law violations perpetrated upon Austin Goodman. The actions of the principal agents have caused substantial harm and infringed upon his rights as protected under:

CRIMINAL
Iowa Code § 720.4 — Tampering with a Witness, Juror, or Reporting Party;
Iowa Code § 720.6 — Malicious Prosecution.
CIVIL
Abuse of power and Abuse of process

This notice has been sent by registered mail to the State Prosecuting Attorney, Scott Nelson, Dubuque County, Iowa, and the Federal Prosecuting Attorney (acting and confirmed), Timothy Duax, and Leif A. Olson, United States Attorney's Office for the Northern District of Iowa. Also attached is the Bill of Particulars with itemized Criminal Charges and Civil Complaints in Administrative Law of the English World.

Please consider this letter a formal demand for IMMEDIATE action.

The People of Iowa Public House Private Member Association
--
**Tina L. Rice, LMSW, M.Ed.**
**Social Worker, Therapist & Advocate**
**(563) 542-2812**

"Those who are not looking for happiness are the most likely to find it, because those who are searching forget that the surest way to be happy is to seek happiness for others."
— Martin Luther King Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| | |
|---|---|
| **From:** | Susan Kearns |
| **To:** | Amy Steele |
| **Cc:** | pmaiph@mailfence.com |
| **Subject:** | Inmate #93766947 Austin Goodman |
| **Date:** | Monday, November 3, 2025 1:24:47 PM |

**CAUTION - EXTERNAL:**

In the matter of Austin Goodman, a Sui Juris Man, a substantial amount of evidence review suggests that both the private complainants and certain public employees may have acted inconsistently with the principles of good faith and fair dealing. These actions have raised serious concerns regarding the integrity of the proceedings and the protection of due process. As a member of the IPHPMA, We, the People, therefore insist upon immediate redress and a full independent review consistent with the Clean Hands Doctrine and the rule of law.

November 3, 2025

From:
IPH PMA %
Deschedule.earth
P.O. Box 3
Augusta, WV 26704

To:
Scott Nelson
Dubuque County Attorney
720 Central Avenue
Dubuque Iowa 52001

Timothy Daux -Acting

Leif A. Olson- Confirmed
United States Attorney's Office
For the Northern District of Iowa
111 7th Avenue SE, Box #1
Cedar Rapids, IA 52401-1825

**Subject: Letter of Notice – Demand for Legal Investigation and Auditing in Response to Common-law and Constitutional Law Violations Against Austin Goodman (Sui Juris Man and Whistleblower).**

We, the civilian members of The People of Iowa Public House, a Private Member Association (IPHPMA), a national decentralized collective trust that includes people from the states of Iowa, Illinois, West Virginia, Utah, California, and Hawaii, formally **demand** the immediate release, ending the unlawful imprisonment and kidnapping of Federal Inmate #93766947, Austin Goodman, based upon Double Jeopardy and the Fruit of the Poisonous Tree Doctrine.

IPHPMA also **demands** an expeditious investigation into Common Law and Constitutional Law violations perpetrated upon Austin Goodman. The actions of the principal agents have caused

substantial harm and infringed upon his rights as protected under:

CRIMINAL
Iowa Code § 720.4 — Tampering with a Witness, Juror, or Reporting Party;
Iowa Code § 720.6 — Malicious Prosecution.
CIVIL
Abuse of power and Abuse of process

This notice has been sent by registered mail to the State Prosecuting Attorney, Scott Nelson, Dubuque County, Iowa, and the Federal Prosecuting Attorney (acting and confirmed), Timothy Duax, and Leif A. Olson, United States Attorney's Office for the Northern District of Iowa. Also attached is the Bill of Particulars with itemized Criminal Charges and Civil Complaints in Administrative Law of the English World.

Please consider this letter a formal demand for IMMEDIATE action.

The People of Iowa Public House Private Member Association


Please let me know when you've received this email. Thank you for your time and attention to this matter.


Susan, a woman, Austin's mother


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

| From: | Tina Rice |
|---|---|
| To: | Amy Steele |
| Subject: | ATTN: Mark Roberts re: Inmate #93766947 Austin Goodman |
| Date: | Tuesday, November 4, 2025 9:42:58 AM |

**CAUTION - EXTERNAL:**

Good morning,

I am sending you the Bill of Particulars related to the above inmate. Please confirm you have received this email.

Thanks,
Tina

### Harms Perpetrated on Inmate# 93766947 Austin Goodman

**A BILL OF PARTICULARS**
**Issued by:**
The People of Iowa Public House, Private Member Association (IPHPMA)

This Bill of Particulars is issued to provide case evidence underlying the Letter of Notice of November 3, 2025, and to establish the Statutory and Constitutional Basis for Harm.

**To:**
Scott Nelson, Dubuque County Attorney
720 Central Avenue
Dubuque Iowa 52001

Timothy Daux -Acting & Leif A. Olson- Confirmed
United States Attorney's Office
For the Northern District of Iowa
111 7th Avenue SE, Box #1
Cedar Rapids, IA 52401-1825

A bill of particulars is a formal, written statement that provides more specific details about the claims or charges in a lawsuit or criminal case. It is a tool used by a defendant to clarify the plaintiff's or prosecutor's allegations, limit the scope of evidence, and prevent surprise at trial by requiring the opposing side to provide more specific facts.

**Action LOG: ( WHO , WHAT , WHEN )**

**October 10, 2024**

**CV LACV116503** Iowa District Court Dubuque County

**Accusers|Plantiff:** Miller Development Group, LLC, Christopher A. Miller, DRAKE LAW FIRM, P.C. v. **Accused**|Respondent Austin Goodman → Counter-Action by Austin Goodman

**October 10, 2024 — Filing of Civil Complaint (*Miller Group v. Austin*)** The *Miller Development Group, LLC*, a private business entity, filed a civil complaint alleging **libel, slander, and defamation** against *Austin Goodman*, a **sui juris man** known for whistleblower disclosures involving misuse of public funds and collusion between public and private actors in Iowa.

## October 15, 2024

**Counter-Claim by Austin Goodman**

**Harm | Injury:**

**41 U.S.C. § 4712**; **Iowa Code §§ 19A.19** and **70A.29  41 U.S.C. § 4712**, **Iowa Code §§ 19A.19 & 70A.29**, **SLAPP-type** (Strategic Lawsuit Against Public Participation) proceeding, contrary to **First-Amendment** ● **Fifth and Fourteenth Amendments** - due-process and equal-protection guarantees; ● **42 U.S.C. § 1983**, **18 U.S.C. § 1513(e)** ● **Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower ● **Iowa Code § 720.6 -** malicious prosecution.

**RICO relevance (18 U.S.C. § 1962)**.

_____

## October 31, 2024

**CR SMCR157315** Harassment 3rd Degree|Unauthorized Computer Access Contempt
**SWCR157316**●Search Warrant: Cell Phone
**SWCR157317**●Search Warrant: Devices (laptop)
**SWCR157318**●Search Warrant: Marijuana, paraphernalia, Firearms, Ammunition, and Receipts for purchases
**SWCR157329**●Forensic exam of cell/laptop
**SWCR157330**●Search Warrant Meta Platforms, Inc.

**Wrong Doers | Accusors | Complainants | Affiants:**

Complainant: Christopher Aaron Miller

**Police | Sheriffs**: Brandon J Barbour●Chris Skorupski●K. Kauffmann●Ted McClimon●Camerin McClain●Marty Steil●Nick Schollser●Kurt Rosenthal●Isaiah Hoff●Unknown 1-99

**Prosecutors | Attorneys**: Scott Nelson Emily E. Chamberland●Kathryn

A. Duccini●Nicholas Einwalter

**Judges | Magistrates**: Mark T. Hostager●Stephanie C. Rattenborg●Robert J. Richter●Robert J. Richter●Monica Zrinyi Ackley●Natalia Blaskovich

**Others**: Clerk of Court Beth Perkins●Unknown 1-99 Court Administration Staff●Notary Craig Salmonson●Unkonwn Police Officers, Administrators, Staff

**Harm / Injury:**
●**First, Second, Fourth, Fifth, Sixth, Eighth, Ninth Fourteenth Amendments●First &Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6 -** malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968●U.S.C. 42 1983 & 1985●18 U.S.C 241 & 242**

_____

### October 31, 2024

**CV MHMH023584** (Alleging Serious Mental Illness);

**CV MHMH023585** (Substance Disorder and Application for Commitment)

**Wrong Doers | Affiants | Accusers:** Thomas (father) & Cathy Goodman (Aunt not Mother)

**Police | Sheriffs:** Nick Schollser●Isaiah Hoff●Kurt Rosenthal●Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson●Daniel Allen Dlouhy●Joshua A. Vander Ploeg●Crenna Brumwell,City of Dubuque Attorney

**Judges | Magistrates:** Mary Beth Fleming●Natalia Blaskovich●Thomas A. Bitter ● Robert J. Richter●Mark T. Hostager

**Others:** MercyOne Hospital●Dr. Abid Kassas●Nancy Fischer Patient Advocate●Unknown hospital administration, staffers 1-99●Dubuque County Clerk of Court●Unknown 1-99 courthouse staff

**Harm | Injury:**

**First, Second, Fourth, Fifth, Sixth, Eighth & Fourteenth Amendments●Iowa Code Chapter 229● 42 U.S.C. § 1983 & 1985●18 U.S.C. § 241 & 242●18 U.S.C. § 1513(e)●18 U.S.C. § 113(a)(3)●18 U.S.C. § 175●Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6** malicious prosecution.

November 1, 2024

**CR SRCR157326 POSSESSION OF CONTROLLED SUBSTANCE - MARIJUANA 1ST CODE 124.401(5)(B) - ARREST WARRANT 11/04/24 10:05A - ARREST UPON RELEASE FROM HOSPITAL**
SWCR157318●Search Warrant: Marijuana, paraphernalia, Firearms, Ammunition, and Receipts for purchases

**Wrong Doers | Accusors | Complainants | Affiants**

**Complainant :** Christopher A. Miller

**Police | Sheriffs**: Brandon J Barbour●Camerin McClain ● K Kaufmann●Craig Salmonson●K Kaufmann●Jonathon O'Brien●Kurt Rosenthal●Nick Scholosser●Dane Bakken-Drinkall●Unknown 1-99

**Prosecutors | Attorneys**: Scott Nelson●Emily E. Chamberland●Nicholas Einwalter●Arthur Theodore Huinker Jr.●Kathryn A. Duccini

**Judges | Magistrates**: Mark T. Hostager●Monica Zrinyi Ackley●Kellyann M Lekar●Robert Richter●Thomas A Bitter●Michael Shubatt

**Others**: Teena William CTC●Traci Suarez DCS●Clerk of Court Beth Perkins●Unknown Court Administration Staff 1-99

**Harm|Injury: First and Second Amendments●Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6** - malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968●U.S.C. 42 1983 & 1985●18 U.S.C 241 & 242**


November 1, 2024

**CR SMCR157327 POSSESSION OF DRUG PARAPHERNALIA CODE 124.414** SWCR157318●Search Warrant: Marijuana, paraphernalia, Firearms, Ammunition, and Receipts for purchases

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Joseph Conley●Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson●Emily E. Chamberland●Arthur Theodore Huinker, Jr.

**Judges | Magistrates:** Mark T. Hostager●Robert J. Richter●

**Others:** Unknown 1-99

**Harm|Injury: First, Second, Fourth Amendments●Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6** - malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968●42 U.S.C. § 1983 & 1985●18 U.S.C § 241 & 242**

March 4, 2025

**CR FECR158771 INTERFERENCE WITH OFFICIAL ACTS 719.1(1)(F); 724.8B Person ineligible to carry dangerous weapons; 708.3A(4) Assault on persons in certain occupations; 708 (2 counts); 124.401(5)(B) Possession of controlled substance - marijuana**

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Joseph Conley●Chad Crabill●Curt Schultz●Michael Muenster●DM Bakken●EE Hingtgen●C Cole●AA Soppe●MJ McTague●BB Nugent●Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson●Emily E. Chamberland●Arthur Theodore Huinker, Jr.●Nicholas Einwalter●Kathyrn A. Duccini

**Judges | Magistrates:** Mark T. Hostager●Robert J. Richter●Monica Zrinyi Ackley●Laura J Parrish●Kellyann M Lekar●Michael Shubatt Natalia Blaskovich

**Others:** ASAC staff 1-99●Unknown court administrators 1-99

**Harm|Injury: First & Second Amendments, Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6** - malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968●U.S.C. 42 1983 & 1985●18 U.S.C 241 & 242**

March 4, 2025

**CR SMCR158772 INTERFERENCE WITH OFFICIAL ACTS**

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Joseph Conley●Curt Schultz●Michael Muenster●Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson●Emily E. Chamberland●Arthur Theodore Huinker, Jr.●Nick Einwalter●Kathyrn Duccini

**Judges | Magistrates:** Thomas Bitter●Monica Zyrini Ackley●Laura J. Parrish

**Others:** Chad Crabill Notary●Unknown 1-99

**Harm|Injury:**

**First & Second Amendments, Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6 -** malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968**●**U.S.C. 42 1983 & 1985**●**18 U.S.C 241 & 242**

## March 4, 2025 Thereafter

**CR SWCR1589784 (Search Warrant SEALED)**

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Unknown

**Prosecutors | Attorneys:** Unknown

**Judges | Magistrates:** Unknown

**Others:** Unknown

**Harm|Injury:** Unknown

## March 5, 2025

**CR FECR158804 STALKING 708.11(3)(A)(1)**

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Martin Steil●Brandon Bauer●Curt Schutz●Michael Muestner Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson ● Emily Chamberland●Arthur Theodore Huinker Jr.●Nicholas Einwalter●Kathrn A. Duccini

**Judges | Magistrates:** Robert Ricther●Kellyann M. Lekar●Michael Shubatt●Thomas Bitter●Monica Zrinyi Ackley●Natalia Blaskovich

**Others:** ASAC staff●Unknown 1-99

**Harm|Injury: First, Fourth, Eight & Fourteenth Amendments●Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower●**Iowa Code § 720.6** - malicious prosecution●**RICO 18 U.S.C. §§ 1961–1968●42 U.S.C. §§ 1983 & 1985 · 18 U.S.C. §§ 241 & 242**

**March 27, 2025**

**FECR159071 EXTORTION 711.4.(1)(D); ACQUITTAL Jury trial ended September 30, 2025**

**Wrong Doers | Accusors | Complainants | Affiants**

**Police | Sheriffs:** Nicholas Schlosser●Martin Steil●Ted J. McClimon●Jay Gonzales●Curt Schultz●Michael Muenster●Brooke Lawler●Unknown 1-99

**Prosecutors | Attorneys:** Scott Nelson●Emily E. Chamberlan●Arthur T. Huinkey Jr.●Flint Drake●Kathryn A. Duccinni

**Judges | Magistrates:** Robert J. Richter●Kellyan M. Lekar●Monica Zriny Ackley●Mark T. Hogstager●Thomas A. Bitter●Laura J. Parrish●Michael J. Shubatt

**Others:** Beth Perkins-Scheidt●Unknown 1-99

**Harm | Injury: First, Fourth, Eight, Fourteenth Amendments●RICO 18 U.S.C. §§ 1961–1968● U.S.C. 42 1983 & 1985●Iowa Code § 720.4** - intimidation and retaliation of a witness/whistleblower ● **Iowa Code § 720.6 -** malicious prosecution.

END OF LINE…

--
Tina L. Rice, LMSW, M.Ed.
**Social Worker, Therapist & Advocate**
**(563) 542-2812**

"Those who are not looking for happiness are the most likely to find it, because those who are searching forget that the surest way to be happy is to seek happiness for others."

― Martin Luther King Jr.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.