IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> AUSTIN ANDREW GOODMAN, <br><br> Defendant. | No. 25-cr-1039-CJW <br><br> **ORDER** |

Before the Court is correspondence filed on November 4, 2025. (Doc. 26.) These emails were sent directly to my chambers. While this correspondence refers to Defendant, it is not immediately apparent that the correspondence was sent on behalf of Defendant. Sending *ex parte* communication to my chambers is inappropriate and violates the Federal Rules of Criminal Procedure and the Local Rules. The parties should notify the Court if they believe any further action is necessary regarding this correspondence. My chambers will not be responding to the referenced correspondence.

**IT IS SO ORDERED** this 4th day of November, 2025.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa