IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 25-CR-1039 |
| Plaintiff, ) | |
| ) | **UNRESISTED** |
| vs. ) | MOTION TO CONTINUE |
| ) | PRETRIAL MOTIONS DEADLINE |
| AUSTIN ANDREW GOODMAN, ) | |
| ) | |
| Defendant. ) | |

Defendant, Austin Goodman, through counsel, respectfully moves to continue the pretrial motions deadline and in support states as follows:

1. Mr. Goodman was indicted on September 9, 2025, on a one count indictment for Possession of a Firearm by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(4).

2. Trial is currently set for the two-week period beginning February 17, 2026. Trial motions are due January 30, 2026, Mr. Goodman's deadline to file a status report or accept responsibility is January 27, 2026, and the pretrial motions deadline is December 1, 2025.

3. Full discovery materials have recently been received, however, due to the large volume of discovery, and Mr. Goodman being housed at Muscatine County Jail, more time is needed to meet with Mr. Goodman and review the discovery. In order to permit Mr. Goodman an opportunity to determine whether or not he wishes to take his case to trial and to determine whether the filing of pretrial motions is appropriate, Mr. Goodman requests an extension of the pretrial motions deadline by at least seven (7) days.

4. The undersigned has discussed this matter with Assistant United States Attorney Emily Nydle and she has indicated the Government does not object to this continuance.

1

5. One previous motion to continue has been filed.

For the foregoing reasons, Austin Andrew Goodman, through counsel, respectfully moves for approximately a 7-day continuance of the pretrial motions deadline.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on December 1, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By: /s/ Melissa Dullea