IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 25-cr-1039-CJW |
| vs. | **ORDER** |
| AUSTIN ANDREW GOODMAN, | |
| Defendant. | |

Before the Court is the Defendant's Motion to Extend Time for Filing Pretrial Motions, filed on December 1, 2025. (Doc. 29.) Defendant's current deadline for pretrial motions is December 1, 2025. Defendant requests that his pretrial motions deadline be extended until December 8, 2025. The Government does not resist this motion.

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion is **granted**. Defendant's deadline for pretrial motions is extended to December 8, 2025.

**No future extensions of time will be granted unless there is a showing of exceptional circumstances.**

**IT IS SO ORDERED** this 1st day of December, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa