IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 25-CR-1039 |
| Plaintiff, | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| v. | ) | DEFENDANT'S MOTION TO |
| | ) | SUPPRESS, BRIEF, AND EXHIBITS |
| AUSTIN ANDREW GOODMAN | ) | UNDER SEAL |
| | ) | |
| Defendant. | ) | |

COMES NOW, Austin Andrew Goodman, through counsel, and states to the court:

1. The defendant respectfully requests that the court grant the defendant permission to file a Motion to Suppress, Brief in Support of Motion to Suppress, and Exhibits under seal.

2. The contents of the motion, brief, and exhibits contain sensitive material that should not be publicly available.

WHEREFORE, the defendant requests that the court grant him leave to file a Motion to Suppress, Brief in Support of Motion to Suppress, and Exhibits under seal.

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA 52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on December 8, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By: /s/ Angie McClain