IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 25-CR-1039 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | MOTION TO WITHDRAW |
| AUSTIN ANDREW GOODMAN, | ) | DUE TO CONFLICT |
| | ) | |
| | ) | |
| Defendant. | ) | |

Zach D. Crowdes of the Federal Defender's Office respectfully requests the court's permission to withdraw as attorney for Defendant, Austin Andrew Goodman, because of a conflict of interest and in support of this motion, states as follows:

1. The Federal Defender's office represents Austin Andrew Goodman in connection with an Indictment filed against him on September 9, 2025.

2. A conflict of interest has arisen that requires this office to withdraw from representation of Mr. Goodman.

3. Mr. Goodman is currently set to go to trial with jury selection beginning Monday, April 20, 2026. See Amended Trial Scheduling Order, filed February 10, 2026. Doc. 54.

Based on the foregoing, the Federal Defender's office notifies the Court of its conflict of interest in this case and respectfully requests it be allowed to withdraw from representation of Austin Andrew Goodman and that an attorney from the CJA panel be appointed.

1

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Zach D. Crowdes
ZACH D. CROWDES
zach_crowdes@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on March 31, 2026, I electronically
filed this document with the Clerk of Court using the
ECF system which will serve it on the appropriate
parties.

By:   /s/   Angie McClain

2